**Motion Denied and Order filed December 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00675-CR
NO.  14-20-00674-CR

_____

**IN RE TODD  W.  ALTSCHUL, Relator**

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause Nos. 26672 and 26673**

## ORDER

Relator, Todd W. Altschul, filed a motion for en banc reconsideration of the denial of his petition for writ of mandamus seeking correction and modification of nunc pro tunc judgments.[1]  The motion is DENIED.

PER CURIAM

En Banc court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan and Poissant.

---

[1] Relator contends he was denied timely notice of the nunc pro tunc judgments and the opportunity to timely appeal. Relator may seek an out-of-time appeal from the Texas Court of Criminal Appeals.